1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| David Andino, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>  v.<br>Apple Inc., a California Company,<br>    Defendant. | CASE NO. 2:20-CV-01628-JAM-AC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT AND ORDER** |
|---|---|

Plaintiff David Andino and defendant Apple Inc. ("Apple"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Mr. Andino filed the Complaint in this matter on August 13, 2020, *see* ECF No. 1, and served a copy of the Complaint on Apple on August 28, 2020;

WHEREAS, by this Court's Order dated September 16, 2020, *see* ECF No. 6, Apple was granted an extension to file a motion to dismiss the Complaint or an answer by November 2, 2020 and the Court extended the deadline to confer pursuant to Federal Rule of Civil Procedure 26(f) until 30 days after an answer is filed, if any;

WHEREAS, Mr. Andino's counsel contacted Apple's counsel on November 2, 2020, to inform Apple that Mr. Andino was in the process of mailing Apple a CLRA Demand Letter and a proposed Amended Class Action Complaint, and, accordingly, Apple's counsel has agreed to hold off on the filing of Apple's Motion to Dismiss the Complaint, which Apple was prepared to file on November 2, 2020;

WHEREAS, this is the second request for any extension in this matter;

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rules of Civil Procedure 6 and 83 and Local Rules 143 and 144, that the deadline for Apple to answer or otherwise respond to the Complaint (or, if filed, an Amended Class Action Complaint) shall be extended 45 days, from November 2, 2020 to December 16, 2020.

**IT IS SO STIPULATED**

Dated:  November 2, 2020

**DLA PIPER LLP (US)**

By: /s/ Isabelle L. Ord
　　ISABELLE L. ORD
　　Attorneys for Defendant APPLE INC.

**REESE LLP**

By: /s/ Carlos F. Ramirez
    CARLOS F. RAMIREZ
    Attorneys for Plaintiff DAVID ANDINO

**IT IS SO ORDERED**.

DATED:  November 3, 2020   /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE