ISABELLE L. ORD
isabelle.ord@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501

RAJ N. SHAH (*pro hac vice pending*)
raj.shah@dlapiper.com
ERIC M. ROBERTS (*pro hac vice pending*)
eric.roberts@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Company,<br><br>Defendant. | CASE NO. 5:19-CV-04577-JSW<br><br>**DECLARATION OF ISABELLE L. ORD IN SUPPORT OF APPLE INC.'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:  February 23, 2021<br>Time:  1:30p.m.<br>Courtroom: 6<br>Judge:  Hon. John A. Mendez |

I, Isabelle L. Ord, hereby declare as follows:

1. I am a partner with DLA Piper LLP (US), counsel of record to defendant Apple Inc. ("Apple") in this action. I submit this declaration in support of Apple's Motion to Dismiss the Amended Class Action Complaint filed by of Plaintiff David Andino, individually and on behalf of all others similarly situated. Unless otherwise indicated, I have personal knowledge of the facts set forth in this declaration.

2. Attached as **Exhibit A** is a true and correct copy of a September 17, 2018 *Forbes* article titled "Apple Responds To Disappearing iTunes Movie Purchases Issue." At my direction, a copy of this article was accessed through the url https://www.forbes.com/sites/johnarcher/2018/09/17/apple-responds-to-disappearing-itunes-movie-purchases-issue/?sh=44e6945e72b6 and printed on October 30, 2020. I am informed and believe based on investigation of counsel that this is the same article that is referenced in paragraph 20 of the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 16th day of December, 2020 at Moraga, California.

/s/ *Isabelle L. Ord*
ISABELLE L. ORD

**TABLE OF EXHIBITS**

*to Declaration of Isabelle L. Ord in Support of Motion to Dismiss*

| Exhibit | Description | Pages |
|---|---|---|
| A | September 17, 2018 Forbes article titled "Apple Responds To Disappearing iTunes Movie Purchases Issue." | 3-13 |

EXHIBIT A

Sep 17, 2018, 08:51am EDT

# Apple Responds To Disappearing iTunes Movie Purchases Issue



**John Archer** Senior Contributor ⓘ
Consumer Tech

🕐 This article is more than 2 years old.

Last week I wrote a story based on a viral Twitter thread that showed Apple apparently openly stating that it's possible for film titles that you've bought (not just rented) on iTunes to become unavailable to you if Apple's agreements with the film studios behind those titles change.

In other words, Apple's customer service department was sending out documents stating that if you buy a film on iTunes, you may not be able to own it forever in the same way that you would always own a physical purchase, such as a Blu-ray or 4K Blu-ray disc.

Apple has now responded to the situation described in my previous story (which I strongly recommend you read before going further with this one), and it seems that things are more complicated than Apple's own customer service responses first made them appear.



So you can keep your iTunes film purchases forever after all. But only if you download them to a ... [+]  P-CTO: APP F

As we'll see, though, plenty of questions remain. Also, as I'll explain later, the sort of problems experienced by the poster of the viral Twitter thread seems to be far from an isolated incident. And the particular circumstances of this 'ground zero' case do not by any means seem to explain every disappearing content incident out there.

Recommended For You                                                                                         ∧

New MacBook Pro Leak Reveals Apple's Powerful Update

Redesigned AirPods Pro 2 Will Challenge Samsung And Google

Apple iOS 14.1 Release: Should You Upgrade?

Let's start, though, with Apple's official reply. Here it is in full:

"Any movies you've already downloaded can be enjoyed at any time and will not be deleted unless you've chosen to do so. If you change your country setting, some movies may not be available to re-download from the movie store if the version you purchased isn't also available in the new country. If needed, you can change your country setting back to your prior country to re-download those movies."

There's a deceptively large amount of information contained in this relatively short statement. So let's focus first on just the opening line, as that is by far the most important. It states, after all, that if you download any film or TV show you buy on iTunes to a compatible device, it can never disappear - even if Apple loses the rights to carry that film or TV show on its own servers.

So Apple can indeed say that if you buy a film on iTunes, there is a way that you can maintain ownership of it in perpetuity. Fair enough.

There are, however, various 'real world' problems with this solution. First, at the time of writing Apple does not provide any way to download films in 4K and HDR. You can only download them in HD. This is unfortunate given how many AV fans have come on board with the Apple TV 4K box precisely because of the large quantities of 4K HDR content they can buy on it.



The Apple TV 4K let you buy loads of 4K HDR films. But you can't download and therefore guarantee ... [+]   PHOTO: APPLE

I think most people who buy a film in 4K on a digital video platform would expect to always be able to watch it in 4K. As you would if you'd bought a 4K Blu-ray. (Though Apple does, at least, only charge the same for its 4K films as its HD versions. Just as well in the circumstances!)

Another issue is that when it comes to movies, for many iTunes movie buyers Apple TV boxes are their main way of buying and watching films on iTunes. But you can't download films to Apple TV boxes. You can only download to Macs, PCs or iPhones, iPads or iPod touch. Fine for watching on the go, but not exactly a convenient solution for playback on your main living room TV.

Digital rights management issues mean that film/TV show files you download to an 'approved' iTunes device connected to your iTunes account can't be shifted to an external NAS drive to free up space on your portable or PC/Mac devices. Unless you use software to remove Apple's DRM restrictions - which is hardly a practice I'd imagine Apple would be keen to endorse.

Let's not forget, either, that a key motivation for people choosing to buy 'digital' versions of films is precisely that they are stored remotely on a cloud, rather than taking up shelf or storage space at home. So suddenly finding out that you can only definitely retain ownership of online digital movie purchases by downloading and storing them on a physical device in your home seems a little perverse.

Yet another issue with the downloading solution is the fact that Apple doesn't provide any advance warning that certain titles are about to be removed from its library. Not even to people who have purchased a film or TV show that's about to disappear. If Apple did provide advance warnings, owners of affected films could make sure they download just the affected titles, rather than having to download every single film they buy by default to ensure they never lose anything.

I have been contacted since writing my original article by people who have hundreds, even 1,000-plus film titles on their iTunes accounts. And for them, the prospect of having to download and store so many titles to be guaranteed permanent ownership of them is mind-boggling.

# Thanks for choosing Apple.

Hi Anders,

Thank you for contacting iTunes.

My name is Hansha, and I am one of the Senior Advisors here with the iTunes Store Support Team. After consulting with the advisor "Rose" handling your request, I have taken ownership of your case so that I can work directly with you, and answer any questions you may have.

I see that you are unable to locate some of your purchased movies. After reviewing this case, I have noticed that the content provider has removed these movies from the Canadian Store. Hence, these movies are not available in the Canada iTunes Store at this time. However, Apple is constantly working with content providers to expand the iTunes Store catalog and to make more items available in more countries.

Your comments and suggestions are an integral part of this continuing effort to provide quality content. To request an item to be distributed in your country, see this page:

http://www.apple.com/feedback/itunes.html

We appreciate you taking the time to submit this request and for being a valued iTunes Store customer.

I am also glad to see that our advisor has issued you two movie rental credits to rent a movie available on the iTunes Store priced up to 5.99 USD.

I hope that I was able to appropriately explain the matter to you. If you have more questions, just reply to this email. I'm happy to help. Thank you for being an iTunes Store customer and have a pleasant day.

Sincerely,

Hansha
Senior Advisor
iTunes Store Customer Support
http://www.apple.com/support/itunes/ww

Apple's first response to Dr Da Silva's question about his three missing films.  P-CTO: TWITTER/APPLE/DR ANDERS G DA SILVA

Introducing a 'notification that your purchased content is about to disappear from our servers' system for all iTunes movie buyers would be a huge plus for iTunes movie buyers. It might be tough to achieve logistically, and I guess it would give iTunes film buyers something of an insight into the reality of Apple's relationships with studios, rather than maintaining Apple's preferred 'it's all-Apple' image. But it would make Apple's defense that you can download films if you want to keep them look much more reasonable than the idea you might have to download all your films 'just in case'.

I'd also argue in light of Apple's statement – and the many and varied iTunes purchase problems people have been telling me about since publishing the article last week – that Apple ought to make it clear at the point of purchase that if you buy a film on iTunes, you are not buying perpetual streaming rights and will need to download it to an 'approved' device if you want to definitely be able to keep it. Critical information such as this should not be left buried deep in Apple's labyrinthine terms and conditions.

Let's now move, at last, into the second and third lines of Apple's statement: "If you change your country setting, some movies may not be available to re-download from the

movie store if the version you purchased isn't also available in the new country. If needed, you can change your country setting back to your prior country to re-download those movies.".

These words relate to the original tweet thread by Dr. Anders Gonçalves da Silva that kicked the current controversy off. For Apple's deeper investigations into this case have revealed that they had a quite specific backdrop based on Dr da Silva emigrating from Australia to Canada.

The (very complicated) issues are covered in good depth in this article on CNET. So I'll try and keep things here as brief as I can.

Essentially, when Dr da Silva moved from Australia to Canada, some of the films he'd bought while living in Australia didn't 'copy over' when his account switched to a Canadian one.

This initially seems pretty weird given that other films he bought in Australia copied over to his Canadian account perfectly well - and that the films he could no longer access were actually available to buy in iTunes Canada.

It is, though, pretty common for films to have different rights issues or even different versions in different territories, due to, say, region-specific cuts made to achieve local age ratings. (Though it has to be said that at least two of Dr da Silva's affected films, *Cars* and *Cars 2*, don't seem particularly likely to have incurred the wrath of the Canadian or Australian censors!)

## Thanks for choosing Apple.

Hi Anders,

Thank you for writing back. I certainly do understand your concern, and I would feel the same if I were in your situation.

Please be informed that the iTunes/App Store is a store front that gives content provider a platform or a place to sell their items. We can only offer what has been made available to us via the studios or distributor. Since the content provider has removed these movies from the Canadian Store, I am unable to provide you the copy of the movies.

Also know that our ability to issue the refund diminishes over time. Hence your purchases doesn't meet the conditions for a refund. To learn more about our refund policy, see this page:

http://www.apple.com/legal/internet-services/itunes/ww

As a good will gesture, I've issued two more movie rental credits to your account. You can use the credits to rent two movies of your choice available on the iTunes Store priced up to $5.99 each.

The next time you rent a movie, one of the movie rental credits will automatically be used. Follow the steps in this article to see your credits in iTunes on your computer or iOS device:

https://support.apple.com/kb/HT202359

I hope that I was able to appropriately explain the matter to you. Thanks for choosing the iTunes Store and have a great day!

Sincerely,

Hansha
Senior Advisor
iTunes Store Customer Support
http://www.apple.com/support/itunes/ww

Apple's second response to Dr da Silva.  PHOTO: APPLE/TWITTER/DR ANDERS G DA SILVA

At any rate, the key point is that da Silva's issues seem to have more to do with regional licensing foibles than Apple just summarily deleting films from their iTunes service - despite what Apple's own Customer Support responses clearly implied.

Since these responses have now been published elsewhere, I've included them in this article too. Given the clear statements they contain, it's surprising that Apple hasn't addressed them specifically in its response on the outcry they've caused.

The third line of Apple's reply suggests an easy solution to da Silva's problem: switch back to an Australian account, download the missing films, and then switch back to the new Canadian account. However, as CNET details in their article after following da Silva's progress, switching back to an Australian account to retrieve his three missing films (*The Grand Budapest Hotel* is the third) required da Silva to provide a local credit card or PayPal account. Which he could only do if he had a local Australian address. Er, oh.

Apple then suggested that it could offer da Silva a workaround, but according to the CNET article, it turned out that this workaround would require da Silva to lose his Canadian store subscriptions and store credits. Ah.

Crazily complicated though a solution to da Silva's problems might be proving to find, it's important to stress that the films haven't been completely deleted from his account after all. However, so far as I know, at the time of writing, he still can't actually play them...

As I mentioned earlier, since writing my initial story I've been contacted by many people with other tales of woe regarding disappearing iTunes movies. These include one US-based case that doesn't feature a country/territory move, and which also involves an Apple customer support statement reiterating the pretty clear-cut language that was used in Apple's correspondence with Dr da Silva. To quote this second case's Apple support response: "After receiving your case, I found out that the movie has been already removed from the iTunes Store - that is why you cannot locate it on your device. Apps can be removed from the iTunes Store by Apple or the content provider for many reasons."



You can download films you buy on iTunes to an approved device connected with your account – such as... [+]  PHOTO: APPLE

Here's a list of just some of the other cases I have been contacted about in the past few days:

* A US resident tells me that he has lost 15 movies that used to appear in iTunes: *Home, Dick Tracy, Thor, Captain America: First Avenger, The Road to El Dorado, How to Train to Dragon 1 & 2, Ghostbusters 2, Hercules, Kung Fu Panda, Iron Man 2, Mr. Peabody &Sherman, Tarzan,* and *The Croods*. He tells me he is 'working with Apple' on this as we speak.

* Another contactee says that all of his iTunes Weinstein Co movies have disappeared.

* A Canadian contact says he purchased seasons 1-4 of *The Americans* as a package deal, then season 5 separately. But the series was then removed from iTunes and replaced with a season's 1-5 package, which leads to him no longer being able to access the 1-4 package.

* An estate agent in Colorado who owns more than 1000 titles on iTunes, tells me 'some' have gone missing, and he is working with Apple to figure out the full list of losses. He also received the following quoted response from Apple support on Friday: "If you're not able to redownload one or more of your past purchases, they may have been removed and are no longer available." One example he gives is *Thor 2*, which he redeemed in iTunes

from a code with the disc he bought. It is no longer in his iTunes account, but is still in Movies Anywhere!

\* A man who switched from a Canadian to a US account (so more similar to the da Silva situation) says he lost 18 films and three seasons of a TV show he'd bought in the switch. He doesn't specify a full title list of lost films (though I am trying to get one). He said that Apple told him that if he supplied all the purchase receipts (order numbers) they would help him get his movies back. He did that, and even found the links for the same titles on the US store. But Apple came back and said that because the SKU numbers weren't the same (even though they were the same films), they couldn't help. He was offered three free rentals and one episode of a TV show as compensation - which didn't please him much when he'd bought and subsequently lost 18 films and multiple TV seasons.

\* A New Yorker told me he has had movies disappear from iTunes, some of which reappeared on the store 6 months later, but in a different edition requiring a new purchase. He was offered three free rentals and told he should download his movies 'as the studios can remove them'.



Here's something interesting: nobody is going to come to your house and take your 4K Blu-rays away.... [+] PHOTO: VALERIAN, EUROPACORP, TF1

* A US resident says *Young Guns* and *Young Guns 2* have gone from his iTunes account.

* A US Resident tells me he bought *Valerian*, but then the movie apparently changed studio ownership resulting in the film being removed from his account. And the only way to get it back was to rebuy the same film again at full price. As with other cases, he was offered two (or three - the Apple communication, which I've seen, was confused on this!) rentals in compensation.

* A woman from Illinois contacted me to say that she has lost multiple iTunes TV show and movie purchases over time, with varying outcomes when she's taken each case up with Apple. Timeless Season 1 disappeared, but was reinstated after sufficient 'nagging'. A selection of movie purchases/code redeems were also lost: *Hercules* (2014), *How To Train Your Dragon*, *Gone Girl*, *The Intern*, *If I Stay*, *The Final Girls*, *Romancing The Stone* and *Birdman*. All were eventually restored, but only after 'a week of calls and live chats' with Apple. Or two weeks in *Hercules* case.

* Two US iTunes users have both told me that their purchases of *Iron Man 2*, *Thor* and *Captain America* were recently downgraded to 'no iTunes Extra' versions.

* Another US iTunes user says that *Ghostbusters 2* has gone from her iTunes account, but is still showing in Movies Anywhere - even though she bought it in iTunes.

* An Irish user tells me that he bought a film in iTunes called *101 Reykavik*, only to have it disappear from his account. It then reappeared on the iTunes store with a different (wrong) spelling, and he had to pay 9.99 Euros again to get it back.

* Another US user tells me he has lost films on multiple occasions, and that he has been told essentially that Apple has changed/upgraded/removed them and there is nothing they can do.

I have forwarded this list of incidents to Apple - though in fairness it's probably not reasonable to expect them to be able to explain each individual situation with the information available.

The point, though, must surely be that issues regarding people losing films and TV shows for all sorts of reasons on iTunes appear to be widespread. And evidence suggests that films and TV shows can indeed, as Apple's own customer services documentation repeatedly state, be removed from UNDOWNLOADED iTunes purchase libraries by content providers for a variety of reasons.

Which brings us back full circle to the fact stated right at the start of Apple's statement on all this. Namely that while the initial Dr da Silva case may have turned out to have been a specific (but still convoluted) case involving inter-territory licensing foibles, in the end the only way for anyone to guarantee that they'll keep all their iTunes movie purchases forever is to download them - with all the potential faff associated with that.

So in the end, while the da Silva case might have turned out to be more complicated than Apple's own support system/responses implied, I'd say that the issues surrounding it - and the myriad other cases people have sent me - have only reinforced my sense that physical media has much more of a future than some people give it credit for. Especially now that the 4K Blu-ray format has finally seen the film studios do away with regional coding.

Case 2:20-cv-01628-JAM-AC   Document 16-1   Filed 12/16/20   Page 14 of 14

If you found this story interesting, you might also like these:

Apple Is Deleting Bought Films From iTunes Accounts - And Don't Expect A Refund

Sony OLED TVs Hit By Another Infuriating Firmware Fail

Xbox One Dolby Vision Support Is Here. But It's Another Big Mess

Avengers: Infinity War 4K Blu-ray Set To Frustrate AV Fans

## Expert Led Reviews, Recommendations And Roundups

The best shopping content across tech, home, fashion and more delivered to you twice a week.

| Enter e-mail address | Sign up |

You may opt out any time. Terms and Conditions and Privacy Policy.

Follow me on *Twitter* or *LinkedIn*. Check out my *website*.



**John Archer**

Follow

I've spent the past 25 years writing about the world of home entertainment technology--first at Home Cinema Choice magazine, where I became Deputy Editor, and for the... **Read More**

Reprints & Permissions

ADVERTISEMENT