# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Company,<br><br>Defendant. | CASE NO. 2:20-CV-01628-JAM-AC<br><br>**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT AND ORDER** |

Defendant Apple Inc. ("Apple") and plaintiff David Andino, by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Mr. Andino filed the Complaint in this matter on August 13, 2020, *see* ECF No. 1;

WHEREAS, Mr. Andino filed the First Amended Complaint on December 7, 2020, *see* ECF No. 11;

WHEREAS, Apple moved to dismiss the First Amended Complaint on December 16, 2020, *see* ECF No. 16, the motion thereafter was fully briefed, and, on February 17, 2021, the Court entered a minute order vacating the hearing date and taking the motion to dismiss under advisement, *see* ECF No. 21;

WHEREAS, the Court granted in part and denied in part Apple's motion to dismiss by order entered April 20, 2021, and established May 10, 2021, as the deadline for Apple to answer the remaining claims in the First Amended Complaint, *see* ECF No. 22;

WHEREAS, on April 22, 2021, counsel for the parties met and conferred regarding Apple's request for a 60-day extension of the time to answer the First Amended Complaint due to the trial commitments of the attorneys at Apple responsible for this matter, who are engaged in trial during and through May 2021, necessitating the request for the extension to and including July 9, 2021;

WHEREAS, Mr. Andino has agreed to the requested extension and the extension will not alter the date of any other event or deadline already fixed by the Court;

WHEREAS, the parties previously stipulated to an extension of time for Apple to respond to the Complaint, ECF No. 6, and to a further extension to allow the plaintiff to voluntarily amend and file the First Amended Complaint, ECF No. 10, and this is the third request for any extension in this matter;

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Federal Rules of Civil Procedure 6 and 83 and Local Rules 143 and 144, that the deadline for Apple to answer the First Amended Complaint shall be **EXTENDED** 60 days, from May 10, 2021, to **July 9, 2021**.

1     **IT IS SO STIPULATED**

Dated: May 6, 2021                 **DLA PIPER LLP (US)**

                                          By: /s/ *Isabelle L. Ord*
                                               ISABELLE L. ORD
                                               Attorneys for Defendant
                                               APPLE INC.

                                             **REESE LLP**

                                             By: /s/ *Carlos Ramierz* (as authorized on 5/5/2021)
                                               CARLOS F. RAMIREZ
                                               Attorneys for Plaintiff
                                               DAVID ANDINO

**IT IS SO ORDERED**.

Dated: May 6, 2021                 /s/ John A. Mendez
                                           THE HONORABLE JOHN A. MENDEZ
                                           UNITED STATES DISTRICT COURT JUDGE