1  ISABELLE L. ORD (SBN 198224)
   isabelle.ord@dlapiper.com
2  JEANETTE BARZELAY (SBN 261780)
   jeanette.barzelay@dlapiper.com
3  LUPE R. LAGUNA (SBN 307156)
   lupe.laguna@dlapiper.com
4  **DLA PIPER LLP (US)**
5  555 Mission Street, Suite 2400
   San Francisco, CA 94105
6  Tel: 415.836.2500
   Fax: 415.836.2501
7
8  RAJ N. SHAH (*pro hac vice*)
   raj.shah@dlapiper.com
9  ERIC M. ROBERTS (*pro hac vice*)
   eric.roberts@dlapiper.com
10 **DLA PIPER LLP (US)**
11 444 West Lake Street, Suite 900
   Chicago, IL 60606
12 Tel: 312.368.4000
   Fax: 312.236.7516
13 Attorneys for Defendant
   APPLE INC.
14
15
16                    **UNITED STATES DISTRICT COURT**
17                    **EASTERN DISTRICT OF CALIFORNIA**
                      **SACRAMENTO DIVISION**
18

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>APPLE INC., a California Company,<br><br>                    Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEVICES FOR FORENSIC INSPECTION**<br><br>Courtroom:      26<br>Judge:          Hon. Allison Claire<br>Hearing Date:   October 4, 2023<br>Hearing Time:   10:00 a.m. |

19
20
21
22
23
24
25
26
27
28

ACTIVE\1602441313.1

DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND
DEVICES FOR FORENSIC INSPECTION

**NOTICE OF MOTION**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 4, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Allison Claire in the United States District Court for the Eastern District of California, Courtroom 26, 8th Floor located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento California 95814, Defendant Apple Inc. will and hereby does respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 37(a) and Local Rule 251, for an order compelling Plaintiff David Andino to produce documents and his devices for forensic inspection in response to Defendant's Second Set of Requests for Production to Plaintiff and Third Set of Requests for Production to Plaintiff, together with such other and further relief as this Court may deem just and proper.

This Motion is made on the basis that the requested documents and devices are relevant to the subject matter of this action, cannot be obtained from any other source, and Plaintiff's refusal to produce them is without substantial justification.  The parties have met and conferred regarding these discovery disputes in writing and over the phone and video conferencing but were unable to resolve the disputes.   Pursuant to Local Rule 251(c) and Magistrate Judge Allison Claire's Standing Orders, the parties will prepare and file a Joint Statement re Discovery Disagreement at least fourteen (14) days before the scheduled hearing date.

This Motion is based on this Notice of Motion and Motion to Compel, the parties' forthcoming Joint Statement re Discovery Disagreement and declarations and exhibits to be attached thereto, all pleadings and orders filed in this action, and any other evidence or argument that may be presented to the Court in connection with this Motion.

Respectfully submitted,

Dated: August 29, 2023                    **DLA PIPER LLP (US)**

By: /s/ *Isabelle L. Ord*
_____
ISABELLE L. ORD
Attorneys for Defendant
APPLE INC.