MICHAEL R. REESE (SBN 206773)
mreese@reesellp.com
CARLOS F. RAMIREZ (admitted *pro hac vice*)
cramirez@reesellp.com
SUE J. NAM (SBN 206729)
snam@reesellp.com
KATE JEFFERY STOIA (SBN 183471)
kstoia@reesellp.com
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

GEORGE V. GRANADE (SBN 316050)
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff David Andino
and the Proposed Class*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California company,<br><br>Defendant. | No. 2:20-cv-01628-DAD-AC<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM DEFENDANT APPLE<br><br>Courtroom: 26<br>Judge: Hon. Allison Claire<br>Hearing date: March 27, 2024<br>Hearing time: 10:00 a.m. |

1

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY FROM DEFENDANT APPLE INC.
Case No. 2:20-cv-01628-DAD-AC

1    PLEASE TAKE NOTICE that, on March 27, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Allison Claire in the United States District Court for the Eastern District of California, Courtroom 26, 8th Floor located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento California 95814, Plaintiff David Andino will and hereby does respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 37(a) and Local Rule 251, for an order compelling Defendant Apple, Inc. to produce documents and supplemental responses to Plaintiff's First Set of Requests for Production to Defendant, First Set of Interrogatories to Defendant, and First Set of Requests for Admission to Defendant, together with such other and further relief as this Court may deem just and proper.

This Motion is made on the basis that the requested documents and responses are relevant to the subject matter of this action, cannot be obtained from any other source, and Defendant's refusal to produce them is without substantial justification. The parties have met and conferred regarding these discovery disputes in writing and over the phone and video conferencing but were unable to resolve the disputes. Pursuant to Local Rule 251(c) and Magistrate Judge Allison Claire's Standing Orders, the parties will prepare and file a Joint Statement re Discovery Disagreement at least fourteen (14) days before the scheduled hearing date.

This Motion is based on this Notice of Motion and Motion to Compel, the parties' forthcoming Joint Statement re: Discovery Disagreement and declarations and exhibits to be attached thereto, all pleadings and orders filed in this action, and any other evidence or argument that may be presented to the Court in connection with this Motion.

Date: March 1, 2024

REESE LLP

By: /s/ Sue J. Nam
SUE J. NAM (SBN 206729)
snam@reesellp.com
MICHAEL R. REESE (SBN 206773)
*mreese@reesellp.com*
CARLOS F. RAMIREZ (admitted *pro hac vice*)
*cramirez@reesellp.com*
KATE J. STOIA (SBN 183471)
kstoia@reesellp.com

**REESE LLP**
100 West 93rd Street, 16th Floor
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

GEORGE V. GRANADE (SBN 316050)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff David Andino and the Proposed Classs*