# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE INC., a California Company,<br><br>  Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom: 26<br>Judge: Hon. Allison Claire |

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS

Having reviewed Defendant Apple Inc.'s ("Apple") Request to Seal certain portions of the Declaration of Isabelle L. Ord in Support of Apple's Opposition to Plaintiff's Motion to Compel Discovery ("Ord Decl.") and Exhibits 9, 11, and 18 attached thereto, and for good cause appearing, Apple's Request to Seal is hereby GRANTED. The requested portions of Exhibits 9, 11, and 18, and ¶ 36 of the Ord Declaration, SHALL BE SEALED indefinitely and cannot be unsealed without subsequent order from this Court.

**IT IS SO ORDERED.**

Dated: March 14, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE