# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California Company,<br><br>　　　　　　Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom:　　26<br>Judge:　　　　Hon. Allison Claire |

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS

1. Having reviewed Defendant Apple Inc.'s ("Apple") Request to Seal certain portions of Exhibits 1, 2, 3 and 4 attached the Declaration of Isabelle L. Ord in Support of Apple's Opposition to Plaintiff's Motion for Protective Order ("Ord Decl."), and for good cause appearing, Apple's Request to Seal is hereby GRANTED. The requested portions of Exhibits 1, 2, 3 and 4 SHALL BE SEALED indefinitely and cannot be unsealed without subsequent order from this Court.

**IT IS SO ORDERED.**

Dated: April 1, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE