UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC., a California Company,<br><br>    Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom:    26<br>Judge:           Hon. Allison Claire |

Having reviewed Defendant Apple Inc.'s ("Apple") Request to Seal certain portions of the parties' Fourth Joint Statement Regarding Discovery Disagreement ("Joint Statement"), Exhibits 4–6, 8, 10 and 11 to the Declaration of Sue J. Nam ("Nam Declaration"), filed concurrently with the Joint Statement, the Declaration of Isabelle L. Ord ("Ord Declaration"), filed concurrently with the Joint Statement, and for good cause appearing, Apple's Request to Seal is hereby GRANTED. The requested portions of the Joint Statement, Exhibits 4–6, 8, 10 and 11 of the Nam Declaration, and the Ord Declaration SHALL BE SEALED indefinitely and cannot be unsealed without subsequent order from this Court.

**IT IS SO ORDERED.**

Dated: October 24, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE