**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California Company,<br><br>Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom:    26<br>Judge:           Hon. Allison Claire |

1  Having reviewed Defendant Apple Inc.'s ("Apple") Request to Seal certain portions of the
2  parties' Fifth Joint Statement Regarding Discovery Disagreement ("Joint Statement"), the
3  Declaration of Sue J. Nam ("Nam Declaration"), filed concurrently with the Joint Statement,
4  Exhibits 9-12, 14-15, and 17-21 to the Nam Declaration, the Declaration of Tanya L. Greene
5  ("Greene Declaration"), filed concurrently with the Joint Statement, and Exhibit 2 to the Greene
6  Declaration, and for good cause appearing, Apple's Request to Seal is hereby GRANTED. The
7  requested portions of the Joint Statement, Nam Declaration, Exhibits 9-12, 14-15, and 17-21 to the
8  Nam Declaration, Greene Declaration, and Exhibit 2 to the Greene Declaration SHALL BE
9  SEALED indefinitely and cannot be unsealed without subsequent order from this Court.

**IT IS SO ORDERED.**

Dated: February 6, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1616966099.1

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS

1616966099.1