| | |
|---|---|
| SUE J. NAM<br>snam@reesellp.com<br>MICHAEL R. REESE<br>mreese@reesellp.com<br>CARLOS F. RAMIREZ (*pro hac vice*)<br>cramirez@reesellp.com<br>KATE JEFFERY STOIA<br>kstoia@reesellp.com<br>**REESE LLP**<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Tel: (212) 643-0500<br>Fax: (212) 253-4272<br><br>GEORGE V. GRANADE<br>ggranade@reesellp.com<br>**REESE LLP**<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Tel: (310) 393-0070; (212) 643-0500<br>Fax: (212) 253-4272<br><br>Attorneys for Plaintiff DAVID ANDINO and the Proposed Class | ISABELLE L. ORD (SBN 198224)<br>isabelle.ord@us.dlapiper.com<br>TANYA L. GREENE (SBN 267975)<br>tanya.greene@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>KEARA M. GORDON (*pro hac vice*)<br>keara.gordon@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212.335.4500<br>Fax: 212.335.4501<br><br>RAJ N. SHAH (*pro hac vice*)<br>raj.shah@us.dlapiper.com<br>ERIC M. ROBERTS (*pro hac vice*)<br>eric.roberts@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Tel: 312.368.4000<br>Fax: 312.236.7516<br><br>Attorneys for Defendant<br>APPLE INC. |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff,<br>　v.<br><br>APPLE INC., a California Company,<br>　　　　　　　Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE OVERSIZED OMNIBUS JOINT STATEMENT RE DISCOVERY MOTIONS (ECF NOS. 102, 104, 114, AND 115)<br><br>Courtroom:　　26<br>Judge:　　　　Hon. Allison Claire<br>Hearing Date:　April 30, 2025 |

**[PROPOSED] ORDER**

GOOD CAUSE shown, the Court GRANTS Defendant Apple Inc. and Plaintiff David Andino's request for leave to file an oversized Omnibus Joint Statement re Discovery Motions (ECF Nos. 102, 104, 114, and 115) in connection with the order issued by the Court on March 19, 2025 (ECF No. 116). The Court permits the filing of an Omnibus Joint Statement up to thirty-five (35) pages in length.

**IT IS SO ORDERED.**

DATED: April 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE