UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC., a California Company,<br><br>　　　　　　Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom:　26<br>Judge:　　　Hon. Allison Claire |

1   Having reviewed Defendant Apple Inc.'s ("Apple") Request to Seal certain portions of the parties' Omnibus Joint Statement re Discovery Motions (ECF Nos. 102, 104, 114, 115) ("Omnibus Joint Statement"), the accompanying Declaration of Sue J. Nam in Support of Plaintiff's Portion of Omnibus Joint Statement re Discovery ("Nam Declaration"), the Declaration of Isabelle L. Ord in Support of Apple's Opposition to Plaintiff's Motion to Compel ("Ord Declaration"), the Declaration of Christopher Brill in Support of Apple's Opposition to Plaintiff's Motion to Compel ("Brill Declaration"), the Declaration of Jase Wickham in Support of Apple's Opposition to Plaintiff's Motion to Compel ("Wickham Declaration"), the Declaration of Matthew O'Neill in Support of Apple's Opposition to Plaintiff's Motion to Compel ("O'Neill Declaration"), and the Declaration of Michael Shane Brown in Support of Apple's Opposition to Plaintiff's Motion to Compel ("Brown Declaration"), and for good cause appearing, Apple's Request to Seal is hereby GRANTED. The requested portions of the Omnibus Joint Statement, Exhibits 3, 7, and 8 to the Nam Declaration, Ord Declaration, Exhibits E to I to the Ord Declaration, Brill Declaration, Wickham Declaration, O'Neill Declaration, and Brown Declaration SHALL BE SEALED indefinitely and cannot be unsealed without subsequent order from this Court.

**IT IS SO ORDERED.**

DATED: April 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS