UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID ANDINO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC., a California Company,<br><br>　　　　　　　Defendant. | CASE NO. 2:20-CV-01628-DAD-AC<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO SEAL DOCUMENTS<br><br>Courtroom:　26<br>Judge:　　　Hon. Allison Claire |

1   Having reviewed Defendant Apple Inc.'s ("Apple") Request to Seal certain documents and
2   information associated with Apple's Opposition to Plaintiff David Andino's Motion for Sanctions
3   (ECF No. 117, "Motion") ("Opposition") and the Declaration of Isabelle L. Ord in Support of
4   Apple's Opposition ("Ord Declaration" or "Ord Decl."), and for good cause appearing, Apple's
5   Request to Seal is hereby GRANTED. The requested Exhibits 1, 2, and 4 to the Ord Declaration
6   SHALL BE SEALED indefinitely and cannot be unsealed without subsequent order from this Court.
7   **IT IS SO ORDERED.**
8   DATED: April 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

28  1619771434.1

[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS
1619771434.1