| | |
|---|---|
| MICHAEL R. REESE<br>mreese@reesellp.com<br>SUE J. NAM<br>snam@reesellp.com<br>CARLOS F. RAMIREZ (*pro hac vice*)<br>cramirez@reesellp.com<br>KATE JEFFERY STOIA<br>kstoia@reesellp.com<br>**REESE LLP**<br>100 West 93rd Street, 16th Floor<br>New York, New York 10025<br>Tel: (212) 643-0500<br>Fax: (212) 253-4272<br><br>GEORGE V. GRANADE<br>ggranade@reesellp.com<br>**REESE LLP**<br>8484 Wilshire Boulevard, Suite 515<br>Los Angeles, California 90211<br>Tel: (310) 393-0070; (212) 643-0500<br>Fax: (212) 253-4272<br><br>Attorneys for Plaintiff DAVID ANDINO and the Proposed Class | ISABELLE L. ORD (SBN 198224)<br>isabelle.ord@us.dlapiper.com<br>TANYA L. GREENE (SBN 267975)<br>tanya.greene@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105<br>Tel: 415.836.2500<br>Fax: 415.836.2501<br><br>KEARA M. GORDON (*pro hac vice*)<br>keara.gordon@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212.335.4500<br>Fax: 212.335.4501<br><br>RAJ N. SHAH (*pro hac vice*)<br>raj.shah@us.dlapiper.com<br>ERIC M. ROBERTS (*pro hac vice*)<br>eric.roberts@us.dlapiper.com<br>**DLA PIPER LLP (US)**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>Tel: 312.368.4000<br>Fax: 312.236.7516<br><br>Attorneys for Defendant<br>APPLE INC. |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ANDINO, individually, and on behalf of those similarly situated,<br><br>                Plaintiff,<br><br>  v.<br><br>APPLE INC., a California company,<br><br>                Defendant. | Case No. 2:20-CV-01628-DAD-AC<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
1

Pursuant to Local Rule 160(a), the Parties hereby provide notice that the above-captioned matter has been resolved.[1] The Parties are in the process of documenting a settlement and anticipate filing a notice of dismissal within the next twenty-one (21) days.

Dated: July 8, 2025

Respectfully submitted,

**REESE LLP**

By: */s/ Michael R. Reese*
Michael R. Reese

*Counsel for Plaintiff David Andino*

**DLA PIPER LLP (US)**

By: */s/ Isabelle L. Ord*
Isabelle L. Ord

*Counsel for Defendant Apple Inc.*

---

[1] In light of the Parties' resolution of this matter, Plaintiff David Andino's notice of deposition of Eddy Cue and Defendant Apple Inc.'s corresponding Notice of Motion and Motion for Protective Order (ECF No. 154) are hereby withdrawn and the hearing currently set for August 13, 2025 may be vacated.